UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EVARISTO ROSARIO,<br>    Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br>and US BANK, N.A., as Trustee for<br>MASTR Asset Backed Securities<br>Trust 2006-FRE2,<br>    Defendants. | C.A. 12-932 |

### STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND EXTEND SCHEDULING ORDER DEADLINES BY 45 DAYS

Plaintiff, Evaristo Rosario ("Plaintiff"), and defendants, Mortgage Electronic Registration Systems, Inc. and US Bank as Trustee for MASTR Asset Backed Securities Trust 2006-FRE2 ("Defendants"), hereby stipulate that all deadlines, including for Defendants' Response to Plaintiff's Complaint and those pursuant to the September 18, 2013 Scheduling Order, be extended by 45 days to allow the parties to participate in court-ordered mediation. Specifically, the parties request that the deadlines be set as follows:

1. Response Deadline of 11/22/13;
2. Factual Discovery to close on 5/02/14;
3. Plaintiff expert disclosures due by 6/02/14;
4. Defendants expert disclosures due by 7/02/14;
5. Expert discovery to close on 8/04/14;
6. Dispositive Motions due by 9/02/14; and
7. Pretrial Memorandum due by 10/02/14.

**Respectfully submitted,**

| | |
|---|---|
| Plaintiff, | Defendants, |
| Evaristo Rosario, | Mortgage Electronic Registration Systems, Inc. and U.S. Bank as Trustee for MASTR Asset Backed Securities Trust 2006-FRE2 |
| By his Attorneys, | By their Attorneys, |
| /s/ Corey J. Allard | /s/ Bethany M. Whitmarsh |
| George E. Babcock, Esq. (#3747) | Shanna M. Boughton, Esq. (#8283) |
| Corey J. Allard, Esq. (#7476) | Bethany M. Whitmarsh, Esq. (#7318) |
| 574 Central Avenue | LeClairRyan, *A Professional Corporation* |
| Pawtucket, RI 02861 | One International Place, Eleventh Floor |
| 401-724-1904 | Boston, MA 02110 |
| | Telephone: 617-502-8200 |
| | Facsimile: 617-502-8201 |
| | shanna.boughton@leclairryan.com |
| Dated: October 7, 2013 | bethany.whitmarsh@leclairryan.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2013 the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electric Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Bethany M. Whitmarsh
Bethany M. Whitmarsh

11637800v1

2