UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Evaristo Rosario ) | |
| ) | |
| VS. ) | C.A. 12-932 |
| ) | |
| Mortgage Electronic Registration ) | |
| Systems Inc., and U.S. Bank, NA, as ) | |
| Trustee for MASTR Asset Backed ) | |
| Securities Trust 2006-FRE2 ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

Now comes Attorney Corey J. Allard and hereby moves this Honorable Court for leave to withdraw his appearance in the above captioned matter. As grounds for this motion, Attorney Allard cites that Plaintiff has requested his file from the Law Firm and has advised that he has obtained substitute counsel.  Furthermore, **the Client has been advised that he may object and that failure to or delay in retaining substitute counsel may not be considered grounds for delaying trial or any other matter scheduled in this case.** Plaintiffs' last known mailing address is: 56-58 Marion Avenue Providence, RI 02905.

**WHEREFORE,** Attorney Allard prays that this motion to withdraw is granted.

Attorney,

/s/ Corey J. Allard, Esq. (#7476)
574 Central Avenue
Pawtucket, RI 02861
(401) 724-1904
callard@allardlaw.com

## **CERTIFICATION**

      I hereby certify that on April 28, 2014 I e-filed the within motion with CM/ECF system, and all registered parties will be provided with electronic notice. A copy of the within motion was also sent via certified mail to:

Evaristo Rosario
56-58 Marion Avenue
Providence, RI 02903

                                                    /s/ Corey J. Allard, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF RHOLE ISLAND

|  |  |  |
|---|---|---|
| Evaristo Rosario | ) | |
| | ) | |
| VS. | ) | C.A. 12-932 |
| | ) | |
| Mortgage Electronic Registration | ) | |
| Systems Inc., and U.S. Bank, NA, as | ) | |
| Trustee for MASTR Asset Backed | ) | |
| Securities Trust 2006-FRE2 | ) | |
| | ) | |

## AFFIDAVIT OF PLAINTIFF'S MILITARY SERVICE

I being counsel for Evaristo Rosario due hereby certify that he is not currently in the military service of the United States as defined in the Soldiers and Sailors Relief Act [50 App. U.S.C. §501 et seq.]

/s/Corey J. Allard, Esq.
Corey J. Allard, Esq. (#7476)
574 Central Avenue
Pawtucket, RI 02861
(401) 724-1904
callard@allardlaw.com